FILED

NOV 03 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES LEE SUTHERLAND,<br><br>          Petitioner - Appellant,<br><br>  v.<br><br>JOHN DOVEY,<br><br>          Respondent - Appellee. | No. 15-56167<br><br>D.C. No. 2:12-cv-10197-DSF-PJW<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before:   GRABER and McKEOWN, Circuit Judges.

The request for a certificate of appealability is denied because the notice of appeal was not timely filed. *See* 28 U.S.C. §§ 2107, 2253(c)(2). Any pending motions are denied as moot.

**DENIED.**